UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE MICHELLE GIBBONS, ) | Case No. CV 14-2151-JPR |
| ) Plaintiff, ) | **JUDGMENT** |
| ) vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) | |
| ) Defendant. ) | |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 20, 2015

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge